JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jul 14, 2021, 1:11pm
Michelle Rynne, Clerk of Court

MOHAMMAD KHATIB
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:       Mohammad.Khatib@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. **21-00089 JMS** |
| | ) | |
| Plaintiff, | ) | INFORMATION |
| vs. | ) | |
| | ) | [18 U.S.C. § 1924] |
| ASIA JANAY LAVARELLO, | ) | |
| | ) | |
| Defendant. | ) | |

INFORMATION

The U.S. Attorney charges:

<u>Unauthorized Removal and Retention of Classified Material</u>
(18 U.S.C. § 1924)

On or about and between March 28, 2020 and April 13, 2020, both dates

being approximate and inclusive, within the District of Hawaii and elsewhere,

ASIA JANAY LAVARELLO, the defendant, an employee of the United States, and

by virtue of her employment, being in possession of certain documents and materials containing certain classified information of the United States concerning the national defense or foreign relations of the United States, knowingly removed such material without authorization with intent to retain such material at an unauthorized location; namely, LAVARELLO unlawfully and knowingly removed a notebook containing classified material from the United States Embassy in Manila, Republic of the Philippines and retained it at her residence in Honolulu, Hawaii.

All in violation of Title 18, United States Code, Section 1924.

DATED:    July 14, 2021, in Honolulu, Hawaii.

JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

MOHAMMAD KHATIB
Assistant United States Attorney

*United States v. Asia Janay Lavarello*
Information
Cr. No.