# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:21-cr-00089-JMS-1 |
| CASE NAME: | United States of America v. Asia Janay Lavarello |
| ATTY FOR PLA: | Mohammad Khatib |
| ATTY FOR DEFT: | Birney B. Bervar |
| U.S. PRETRIAL SERVICES OFFICER: | Erin Patrick |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Cynthia Fazio |
| DATE: | 07/20/2021 | TIME: | 10:00 am - 10:55 am |

COURT ACTION:   EP:  Initial Appearance, Waiver of Indictment, Arraignment and Plea of Guilty to the Felony Information held.

Defendant Asia Janay Lavarello, present, not in custody.

Joshua Parker, FBI Special Agent, present.

Discussion held.

The Court advised the government of its obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so.  Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

Defendant sworn.

Defendant questioned by the Court.

Waiver of Indictment signatures verified, the Court signed and filed.

Memorandum of Plea Agreement signatures verified and filed.

Government presented essential terms of the plea agreement, essential elements of the offense, and an overview of the evidence it would have presented at trial.

Plea of GUILTY entered as to Count 1 of the Felony Information by Defendant Asia Janay Lavarello.

Court accepts the guilty plea, and the Defendant is adjudged guilty.

Referred to presentence investigation and report, SENTENCING is set for 11/04/2021 at 10:00 am in Aha Kaulike before the Honorable J. Michael Seabright.

Discussion held regarding bond conditions.

Court adopts the recommendation of U.S. Pretrial Services.

Unsecured bond in the amount of **$25,000**.

- (7b) Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services. You are required to inform Pretrial Services within 24 hours of any contact with law enforcement, including but not limited to, any arrest, questioning (excludes instant offense), or traffic stop.

- (7c) Maintain or actively seek employment, as directed by Pretrial Services. **Current and future employment to be approved by Pretrial Services.**

- (7g1) Surrender any passport and all travel documents to the U.S. Pretrial Services Office. Do not apply for/obtain a passport. If not convicted, the passport will be returned to the defendant unless needed for evidentiary purposes. If convicted, Pretrial Services will transfer the passport to the U.S. Probation Office upon disposition of this case unless otherwise directed by the Court. Surrender no later than: **July 23, 2021.**

- (7h3) Travel is restricted to: **the island of Oahu**.

- (7i) Do not change residence without the advance approval of Pretrial Services.

- (7m1) Contact is prohibited directly, indirectly, or through third parties with: co-defendants, co-conspirators, or witnesses in this and any related case. The U.S. Attorney's Office will provide Pretrial Services with initial and updated lists of names of persons with whom contact is prohibited.

- (7n) Undergo a psychiatric/mental health evaluation and participate in any recommended counseling as approved by Pretrial Services.  Take all medications as prescribed.

- (7s1) You are prohibited from owning, possessing, or controlling any firearm or ammunition.  Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.

- (7y) You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

- (8n) Provide Pretrial Services with any and all requested financial information regarding your financial status including, but not limited to: employment and all sources of income, bank accounts, assets and liabilities, and investments.  You are required to sign and execute an Authorization to Release Financial Information as requested by Pretrial Services.

- (8o) Pretrial Services is authorized to run credit reports on a random and "as needed" basis during the course of supervision to ensure compliance with pretrial release conditions.  You are required to sign and execute any necessary release forms including, but not limited to an Authorization to Release Financial Information, as requested by Pretrial Services.

- (9a) In conjunction with the Ho'okele program, the Court authorizes the defendant to participate in voluntary stress and anxiety counseling as arranged by Pretrial Services.

- Other Conditions: **The defendant must obtain approval from Pretrial Services prior to accessing any Defense Intelligence Agency affiliated property.**

The defendant affirmed that she understood the above conditions of release and the consequences of violating these conditions.

These minutes will serve as the conditions of bond.  IT IS SO ORDERED.

Defendant to report to the U.S. Marshals Service and the U.S. Pretrial Services Office for processing at the conclusion of today's hearing.

Submitted by:  Renee L.F. Honda, Courtroom Manager.