JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

MOHAMMAD KHATIB
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 440-9231
Facsimile:  (808) 541-2958
E-mail:  Mohammad.Khatib@usdoj.gov
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 21-00089 JMS |
| | ) | |
| Plaintiff, | ) | UNITED STATES'S SENTENCING |
| | ) | STATEMENT; CERTIFICATE OF |
| vs. | ) | OF SERVICE |
| | ) | |
| ASIA JANAY LAVARELLO, | ) | Date:  January 6, 2022 |
| | ) | Time:  10:00 a.m. |
| Defendant. | ) | Judge:  Hon. J. Michael Seabright |
| | ) | |

UNITED STATES'S SENTENCING STATEMENT

The United States has no objections to the draft Presentence Investigation Report in the above-captioned case.

DATED: December 6, 2021, at Honolulu, Hawaii.

JUDITH A. PHILIPS
Acting U.S. Attorney
District of Hawaii


By /s/ Mohammad Khatib
  MOHAMMAD KHATIB
  Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date noted below, a true and correct copy of the foregoing was served electronically on counsel of record through the Court's CM/ECF system.  A copy has also been provided to the U.S. Probation Office.

DATED:  December 6, 2021, at Honolulu, Hawaii.

/s/ Mohammad Khatib
U.S. Attorney's Office
District of Hawaii